IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-41334
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FRANCISCO HERNANDEZ MORALES, also known
as Francisco Hernandez, also known as
Francisco Morales,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-00-CR-306-1
- - - - - - - - - -
August 22, 2001

Before KING, Chief Judge, and POLITZ and PARKER, Circuit Judges.

PER CURIAM:[*]

     Francisco Hernandez Morales appeals his conviction and

sentence for illegal reentry by a previously deported alien, in

violation of 8 U.S.C. § 1326.  He contends that the felony

conviction that resulted in his increased sentence under 8 U.S.C.

§ 1326(b)(2) is an element of the offense that should have been

charged in the indictment.  Morales acknowledges that this

argument is foreclosed by the Supreme Court's decision in

Almendarez-Torres v. United States, 523 U.S. 224 (1998), but he

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

seeks to raise the issue in light of the Supreme Court's decision in <u>Apprendi v. New Jersey</u>, 530 U.S. 466 (2000), which he asserts calls the <u>Almendarez-Torres</u> decision into question. <u>Apprendi</u> did not overrule <u>Almendarez-Torres</u>. <u>See</u> <u>Apprendi</u>, 530 U.S. at 489-90; <u>United States v. Dabeit</u>, 231 F.3d 979, 984 (5th Cir. 2000), <u>cert.</u> <u>denied</u>, 121 S. Ct. 1214 (2001). Accordingly, Morales' only argument on appeal is foreclosed. His conviction and sentence are AFFIRMED.